UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAKAM SINGH,

    Plaintiff,

v.

LLOYD AUSTIN,

    Defendant.

Case No. 21-cv-07105-RS

**ORDER DISMISSING CASE**

On July 7, 2022, plaintiff was ordered either to file proof of service of the summons and complaint or show cause why this matter should not be dismissed for lack of prosecution, and to do so no later than July 29, 2022. The order advised that if plaintiff failed to respond, the case would be dismissed without additional notice. It appears plaintiff may have failed to keep the court advised of his mailing address, but in any event he has filed no response or taken any other action to pursue his claims, and the deadline has passed. Accordingly, the case is dismissed.

**IT IS SO ORDERED**.

Dated: August 4, 2022

RICHARD SEEBORG
Chief United States District Judge