UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAM SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>LLOYD AUSTIN III, Secretary, United States Department of Defense,<br><br>        Defendant, | No.  2:23-cv-00579 TLN DB PS<br><br><br><br>ORDER |

Plaintiff Hakam Singh is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On March 28, 2023, this action was transferred to this Court from the Northern District of California.  (ECF No. 46.)  On April 18, 2023, defendant filed a motion to dismiss and noticed the motion for hearing before the undersigned on June 2, 2023.  (ECF Nos. 49 & 51.)  On May 1, 2023, plaintiff filed a request for an extension of time to "meet the time limitations for corresponding the Notices/motions."  (ECF No. 52 at 1.)  Therein, plaintiff explains that an extension of time is necessary due to plaintiff having "so many actions during" the preceding months as well due to the "transfer" of this action.  (Id.)  Good cause appearing, plaintiff's request will be granted.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 1, 2023 motion for an extension of time (ECF No. 52) is granted.

2. The June 2, 2023 hearing of defendant's motion to dismiss (ECF No. 49) is continued to **Friday, July 28, 2023, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.[1]

3. Plaintiff shall file and serve an opposition or statement of non-opposition to defendant's motion on or before **June 30, 2023**.

4. Defendant shall file a reply, if any, on or before **July 14, 2023**.

DATED: May 5, 2023              /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Parties shall appear at the hearing either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing).  Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference.  Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference.  The Zoom ID Number and password are confidential and are not to be given to anyone.  Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.