UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAM SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>LLOYD AUSTIN III, Secretary, United States Department of Defense,<br><br>    Defendant, | No.  2:23-cv-00579-TLN-DB<br><br>**ORDER** |

Plaintiff is proceeding pro se in the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 8, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 59.)  The time to file objections has passed, and neither party field any objections.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on April 8, 2024 (ECF No. 59), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

**Date:  July 22, 2024**

Troy L. Nunley
United States District Judge

2